IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO, DENVER

JUDGE: Michael J. Watanbe                    <u>Nancy M. Marble, Deputy Clerk</u>

Date: August 24, 2007
Violation/Case Number: 07-mj-01128

                                                  FTR / MJW am

UNITED STATES OF AMERICA              Christopher Brownwell

      v.

RICHARD REED                                          Does not appear

**( ) INITIAL APPEARANCE   ( ) ARRAIGNMENT   ( ) SENTENCING ( X ) FURTHER PROCEEDINGS**

Court in Session: 8:40 am     Court in Recess: 8:42 am     Time in Court: 2 mins

The government makes an oral motion to dismiss the case.

**ORDERED**: Case is dismissed and any outstanding warrants are quashed.

Hearing concluded.